Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

# UNITED STATES DISTRICT COURT

Per Title 28 USC §132 for the Congress'
Western District of OKLAHOMA INC.

Division

chris harold "cave"
AN IN NATURA Pro Per NOT-Represented
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

The Corporate State of OKLAHOMA et al
PLUS SUB-CORPORATE ENTITIES of, et al
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. CIV-21-61-PRW
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

A "de jure Article III (3)
Judge Panel" in an
"American Common Law Bench Trial"

## COMPLAINT FOR THE CONVERSION OF PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | *chris-harold; abode for [:-:cave:-:], who is a: |
| Street Address | Title 8 U.S.C. §1101(a)(22)(B) U.S. national at: |
| City and County | C/O Not-Domestic Temp. U.S.P.S. Box: 43692 near; |
| State and Zip Code | City of Las Vegas Inc. a Sub-Corp of Clark Cnty. Inc. |
| Telephone Number | State of Nevada Incorporated, "ZIP Code" Exempt |
| E-mail Address | Not 'In the Federal Zone" per D. M. M. 602 1.3(e) |
| | without U.S.A. Inc., per Title 28 U.S.C. §3002(15) |
| | but, Post's Office 'ZIP' is: [43692] exclusive. See 'Attached' Evidences |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**CLK "MAN" CASE SUB**                                                                                             31 October 2020 A.B. 'G'
Chris-Harold; "Cave" a: Non-citizen American National
C/O 'Non-Domestic' Temp P.O. Box 43692 near;
County of Clark Inc.; City of Las Vegas Inc.,
sub-corps <u>of</u> Corporate State of Nevada,
U. S. / U. N.'s Post's 'ZIP Code is [89116]'
Private Cell Tele **(702) 528-2469** Not for sale.
Private Counsel for Prosecution "Plaintiff"

# CONGRESS' UNITED STATES DISTRICT COURT
# FOR THEIR FEDERAL DISTRICT OF OKLAHOMA

| | |
|---|---|
| "CHRIS HAROLD 'CAVE*'" An A.D.A. ) | in re Case No 2:20-cv/cr-      to: |
| Senior P. A.G. 'Informer Prosecutor' ) | |
| Natural Pro Per 'Plaintiff' ) | To *Ex Officio Admin Director* of Clerks for: |
| vs. ) | 'Plaintiff' "Chris-Harold "Cave's" 'MANUAL' |
| ) | Entry of: 'genuine first / 1st party objective true |
| 'The State <u>of</u> Oklahoma' Incorporated, Plus ) | authentic' Fed.R.Ev.R-901(7)(A)(1), (B)(1); |
| It's Subject to Incorporated Entities et al: ) | "Documentary Testamentary Evidence" to |
| Oklahoma County Inc.'s Sub-Corp. Muni- ) | positive affirm support to [t]his: R-201(d) |
| City <u>of</u> Oklahoma's Commission'czar's and ) | "LAWFUL NOTICE" to: 'CONSTITUTIONAL' |
| Administrative Director Collector Agents; ) | "FIFTH V<sup>th</sup>, DEMENSION TAKE[INGS]" IN |
| Defendant(s) *et al.* ) | COMPLAINT: <u>CONVERSION OF PROPERTY</u>. |

*Ex officio* CLERK for true *de jure Art. III* District Court for U.S.'s **LAWFUL NOTICE** TO: "MANUAL Record" / 'File' this, <u>chris-harold; [:abode for [:-:cave's:-:]</u> "chris"' *Fed.R.Ev.- 902(11) & 902(1)(A)* plus *R-201(d),* "MANUAL" conceived, typed, posted / mailed, *bona fide* objective true *Fed.R.Ev. R-901(7)(A/B)(1)*'s genuine: "Documentary Testamentary Evidence" to support his <u>Felony Criminal Complaint against</u>: The Private Foreign Corporate Federal Govt.'s Sub-Corp. U.S. State of Oklahoma Inc.'s Administrative Director's Agents, Actors, Appointees, Representatives, Designees and Assigns et al[s]. See included Prosecution: **"Exh-1). L-Pat."** "<u>Notice to Principals is Notice to Agents</u> and Notice to <u>Agents is Notice to Principals</u>." From, 'The Law of Agency' as stated in: *Fesler v. Rawlins* 43 Cal. App. 2d 541 [111 P.2d 380] (1973).'

*Special note, all though: 'Court Rules mandate' we: "'style' our *nom de plume"* plain wrong, in 'all CAPS / *Capitas Maximus*' we absolute do-not ever 'style our *true name'* in "Tombstone Form" as we are explicitly: 'Natural made in the Eternal Image of "GOD" as one flesh blood and bone man spirit essence being: Not-a[ny] Congress invented incorporated "14th resident / entity."

"LAWFUL NOTICE" TO: 'CONSTITUTIONAL FIFTH / V<sup>TH</sup>           EXPLICIT NOT-UNDER SEAL
AMENDMENT TAKE[INGS]' VIOLATION                                   30 OCTOBER 2020 A.B. 'G'
PAGE 1 OF 5

## **OVERVIEW TO THIS CONTROVERSY**:

This controversy, emanates explicitly from *Louisiana Purchase Treaty of 1803*, <u>stolen lands</u>; as a lawful Heir conveyed: *"Private Grant of Lands Made Patent, at the Hand and Seal of the* ***P.O.T.U.S***: Grover **Cleveland**" whom placed these particular *preempted special private Grant of Lands Made Patent*, explicit under: *seminal organic, Absolute Exclusive <u>'Federal Protected Jurisdictional capacity</u>*.' Plus, these *Grants of Lands Made Patent* in **1893**, a very long **fourteen, 14 years prior** to: 'Congress' Oklahoma Territory's'17 September **1907**'s *ips post facto* Okla.'s 'several sovereign state nation's American Republic creation.' This highly inconvenient fact for Oklahoma Inc.'s insatiable, lust driven criminal Tax re-venue progenerating interests seems; highly unfortunate for Oklahoma Inc; placing these *"special fee simple absolute allodial title lands, 'to heirs or assigns forever'"* with specificity: *"<u>Extra-Territorial</u> and in toto **without**,* the Corporate State <u>of</u> Oklahoma Inc.'s "lawful Taxing" jurisdiction's schemes. Notwithstanding *"<u>Concurrent</u> actual factual 'Felony Criminal' acts."* Also note: *"The **POWER** to **TAX** is: The **POWER** to **DISTROY**!"* See in: *McCulloch v. Maryland* 17 U.S. 316 (1918), by Mr. c. j. Marshall.

Also, senior A.D.A. chris, is a mere self-studied, free-range home-schooled, *meted learned man in law* per: *Adderly v. Florida 385 U.S. 39, 87 S. Ct. 242 (1966), via* Judge Learned **Hand**'s wise counsel, is a '"<u>Non-citizen</u>' Oklahoma state American national" per I.M.F.'s U.N.'s "U. S. Secretary of State's 'Bureau of Consular Affairs'" *'Recorded Affidavit to Corrected Political Status*' see *Urtetequi v. D'Arcy* (1835). Chris prior, has '<u>successful defended one Land Patent in one other, *sub-silentio Case*</u>' against: "**Yavapai County Arizona** Inc.'s *Commission'czar*: Tom **Thurman**" in Arizona's Federal Circuit Court of Appeals where; 'Yavapai Cnty.Inc. was **Court forced** to: "pave" **11 Miles**' of prior '**Not-Paved** Road' because they too were guilty of: "treasonous Felony **Trespass**" against: *plain clear expressed Will of Congress assembled*, just like Oklahoma State Inc.'s Governor / C.E.O: Kevin **Stitt** E'sq.'s very bad Act[ing] Oklahoma County Incorpor<u>at</u>ed's 'Treasurer Butch **Freeman**;' "Tax Accessor / Collectors: Leonard **Sullivan**" and 'Larry **Stein**' whom criminal conspired with: Oklahoma County Inc's "Sheriff 'P.D. **Taylor**'s' stolen Lands, Sales Agent / Fence" in this Felony Conspiracy to commit Land Theft Fraud Conversion by Deception on: *Private Grant of Lands Made Patent*, <u>claim-jump</u>[ing] scheme. *Note: 'What an <u>evil web we weave</u> when first <u>we; practice to deceive</u>.*' Sir Walter Scott. *Special note: "Sovereign, (or quaLIEfied), Immunity, **does not-apply** where, (as-here)...,*

"LAWFUL NOTICE" TO: 'CONSTITUTIONAL FIFTH / V^TH      EXPLICIT NOT-UNDER SEAL
AMENDMENT TAKE[INGS]' VIOLATION      30 OCTOBER 2020 A.B. 'G'
PAGE 2 OF 5

*...government is a law breaker* or *'jurisdiction is the issue.'" Arthur v. Fry* 300 F. Supp. 622.

This 'presumed Honorable *Article III*' Three Judge Panel / Bench Trial, should take *R-201(d)*, mandatory Judicial **Notice** to these many: Black Letter Law, Supreme Court Decisions to wit per U.S.C.A. *Articles in Amendment to true de jure Constitution for* union state nations:

**IV**th Article in Amendment: '...*The (Natural) Right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated*,' and *no Warrants shall issue*, but upon probable cause, supported by ["a competent" infra] oath or affirmation, and *particularly describing* the *place to be searched*, and the *persons or things to be seized*.

**V**th Article in Amendment: "...*No-person shall be deprived of life, liberty, or property*, without, (American Land *infra*), due process of law; *nor shall private property be taken for public use, without just compensation....*"

**VI**th Article in Amendment: "*All Debts Contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.  This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and* **all Treaties made**, *or which shall be made, under the Authority of the United States,* **shall be the supreme Law of the Land**; *and the Judges in every State* **shall be bound** *thereby, any Thing in the Constitution or Laws of any state to the Contrary notwithstanding.*"

**VIII**th Article in Amendment: "...*nor excessive fines imposed*, nor *cruel and unusual punishments inflicted*."  Also view, in recent Supreme Court case of: *Tyson Timbs v. Indiana* below.

*Chisholm v. Georgia* 2 U. S. (92 Dall.) 419 (1793). Mr. c. j. Jay, John; Black Letter case the first.

*Hooper v. Scheimer* 64 U.S. (23 How.) 235 (1859), The Supreme Court stated: "*I affirm that* **a patent is unimpeachable at law**, *except, perhaps, when it appears on its own face to be void; and authorities on this point are so uniform and unbroken in the courts, Federal and State that, little else will be necessary beyond a reference to them.*

*Gibson v. Chouteau* 13 Wall. 912 (1871), "*The Power of* **Congress to dispose of its land** *cannot be interfered with, or* **its exercise embarrassed** *by any States legislation; nor can such legislation* **deprive the grantees** [or heirs or assigns] *of United States of the possession and enjoyment of the property granted.*" And also, 'when *there is a confrontation between two parties as to superior legal title*, [or many, as here], *the* **patent is conclusive evidence** *as to ownership.*'

*Stone v. United States* 69 U.S. 2 U.S. Wall. 525 (1865), "*A patent is the highest evidence of title, and is conclusive as against the government, and all claiming under junior patents or titles, until set aside or annulled, by some judicial tribunal.     The* **patent** *is but* **evidence of a grant** *and,*

*the officer who issues it acts magisterially not judicially."*

*United States v. Coronado Beach Co.*, 255 U.S. 472 (1921), Mr. c. j. Holmes, Oliver Wendell. *"The Court expressly rejected the Government's argument, holding that the <u>patent proceedings</u>... ...<u>were conclusive on the issue</u>, and <u>could not be collaterally attacked by the Government</u>. The necessary result of The Coronado Beach decision is, that even 'sovereign' claims such as <u>those raised by the State of California in the present case be barred</u>."*

*United States v. Creek Nation* 295 U.S. 103 (1935), *"They <u>were intended from their inception to effect change of ownership</u>, (for perpetuity), and were <u>consummated by the issue of patents</u>, is the <u>most accredited type of conveyance know to our law</u>."* *"Issuance of a government patent granting title to land[s], is the most accredited type of conveyance know to our* [American] *law.*

*"A patent issued by the government of the United States is 'legal' (objective lawful), conclusive evidence of title to the land described therein.   No equitable interest, however strong, to land described in such a patent, can prevail at law, against the patent."* {Land Patents, Opinions of the United States Attorney General's Office, (September,1969)}.

*Summa Corp. v. California State Ex Rel. Lands Comm'n*, 466 U.S. (1984), a.ka. *Nolan v. The California Coastal Tidewaters Commission.*

Recent: *Tyson* **Timbs** *v. Indiana*, 586 U.S. (2019) 139 S. Ct. 682; 203 L. Ed 2d; No.17-1091; *in re VIII*<sup>ths</sup>/ Eighth's "Excessive Fines & Cruel and Unusual Clauses" is 'an incorporated protection, applicable to the states' under the [so called] "Fourteenth" Amendment's limitations.

*Special* note: *"Sovereign, (or quaLIEfied), 'Immunity'* **does not-apply** *where (as-here),* **government is a law breaker** *or(and)* '<u>**jurisdiction is the issue**</u>'" *Arthur v. Fry* 300 F. Supp. 622.

*Chris Beggerley v. Mississippi* 524 U.S. 38, 118 S. Ct. 1862, 141 L.Ed 32, No. 97-731 (1998). In re: *R-60(b)* **Abuse of Discretion**, "**Quiet Title Act**" 28 U.S.C. §2409(a) **qui tam** suit to **set aside a Void Sale**, to prevent a: *"per se* **grave** *'miscarriage' of injustice,"* to right plain wrongs.

And *per Trinsey v. Pagliaro, Haines v. Kerner, Ericson v. Pardue, Holt v. U. S. and U. S. v. Lovasco; Plasky v. C.I.A*...mandates to: *Not-hold <u>non-[BAR]-attorneys</u>*, (per *Wood v. Brier* and *Frankenhauser v. Rizzo*: *"Each 'citizen'* (or <u>Non-citizen</u> implied), *acts as a <u>private attorney general</u>,* (see Attorney Generals Act (1976)), *who takes on the mantle of sovereign"),* pro per *litigator*(s) and pro se executors to: *'The*[ir] *same (technical) legal standards'* as specious so called: "Licensed" BAR Attorns.   Notwithstanding it-is well known: American Due Process of Land Law provides; *"All Pleadings"* are intended to <u>provide</u> (objective) *'<u>substantial justice</u>'* allegedly.  Also, we read a *'reasonable competent'* (whatever "those words" may or 'not-mean'), "private ('**C.J.S.** *Vol.7*, Officer[s] of the Court' (P. A.<sup>s</sup> posed as: *'public accommodation').* "officers"' 'should know the law.'   (Note, per *Albrecht v. U. S.* and *Balzac v. Puerto Rico*, 258 U.S. 298 (1922); "'U.S.D.C. is Not a-true' *district court for u. S."* But It is an *"Article 1 § 8-*

1  *Cl. 9*, rump Congress' devised, *T-28 USC §132*(c), territorial *Legislative Tribunal.*   Also see:
2  *Plaskey v. C.I.A.* 953 F.2nd 25, *'Court errs, if court 'dismisses pro se litigant[s]' (and pro se-*
   *cutors), "without instructions to" "how pleadings, (or writings), are 'deficient' and*
3  *how to repair pleadings."*

4  ## *SUMMATION*

5
6      This, <u>*qui tam suit*</u> *is predicated on*: a Constitutional <u>*square challenge*</u> for; <u>complete
7  absence to all false presumed alleged in plain error assumed, jurisdictional authority</u>; due to
   Congress' *lawful preclusions*, via Their *solemn special authority* to: Grant Americans *former:*
8  **"Louisiana Purchase[d] Treaty Lands"** *in:* Ok-la-ho-ma Indian Territorial Lands, for westward
9  expansion.    "The Federal" 'Sub-Corporate State <u>of</u> Oklahoma Inc.' did with *knowing willing*
10 *malice aforethought, treasonous act ultra vires,* by attempting to eradicate the organic American
11 Common Law, Fundamental freeman land owners, *foundational perpetual fee simple absolute*
12 *allodial owned land interests* via "Claim Jump[ing]" 'Cross-Claiming' absent a[ny] lawful right;
13 R.I.C.O. *theft by deception, via Title 18 USC §1341, §1346*, illegal *Fraud* schemes to: <u>*Felony*
14 *Criminal Convert Private Grants of Lands Made Patent*</u>, to their own private predatory self-
15 <u>*unjust enriching interests*</u>. Heir, chris / Grantee, <u>well knows powers of land grants</u> and **"objects."**

16 _____

17 Chris-harold; [abode for [:-:cave's:-:] above writings, are true correct honest and accurate to
18 very best of this Prosecutor Victim and Plaintiff's current grasps comprehension and due diligent
   assessments, all tendered under extreme fear to pains and penalties for American common law
19 perjury per: *Title 18 U.S.C. §1746(1)*, with-<u>all</u> absolute Natural Rights explicit Pre-served by
20 ACP for: *Chris-harold [abode for[:-:Cave:-:]*, on 30 October 2020 A. B. 'G.'

21 ## *NOTARIAL ATTESTATION*
22 I, a *Nevada Notary* did near; Clark County Inc.; State of Nevada Inc., this below 'signed Notary
23 Public' has inspected "chris'" Documents and affirms: Affiator is a live man, who free uttered
   his own autograph, affirmed Truths in writings above, under *affirmed Jurat* **30 October 2020.**
24

25                                          RONALD ALIPAZAGA
26                                          Notary Public-State of Nevada
                                            Appointment No. 14-14366-1
27                                          My Appointment Expires June 19, 2022

28 By "Public Notary" _____, whose Nevada Inc.,
   privileged Notary License expires: _____ June 19, 2022 _____.